## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                          Chapter 13

Raymond A. Pibolis and Casimira S. Pibolis      No.   12-31179

            Debtor                              Hon.  A. Benjamin Goldgar

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on August 25, 2016, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Andrew G. Youra and Glenn B. Stearns on August 25, 2016.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

## SERVICE LIST

Raymond A. Pibolis and Casimira S. Pibolis
21370 Maurine Drive
Lake Villa, IL 60046

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Andrew G. Youra
Shaw Law, Ltd
33 N. County Street, Suite 300
Waukegan, IL 60085